ALEXANDER McDONNELL, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent

*McDonnell* v. *N. Y. C. & H. R. R. Co.*, 35 App. Div. 147, appeal dismissed.

(Argued April 17, 1899; decided April 25, 1899.)

MOTION to dismiss an appeal from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 19, 1898, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the decision of the Appellate Division was unanimous, and the Court of Appeals has no jurisdiction to entertain the appeal.

*Purcell, Walker & Barns* for motion.

*Frank C. Sargent* opposed.

Motion granted and appeal dismissed, with costs.

---

CHARLES A. SEYMOUR, Appellant, *v.* ST. LUKE'S HOSPITAL, Respondent.

*Seymour* v. *St. Luke's Hospital*, 28 App. Div. 119, appeal dismissed.

(Argued April 17, 1899; decided April 25, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1898, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

The motion was made upon the ground that the decision of the Appellate Division was unanimous, and the Court of Appeals has no jurisdiction to entertain the appeal.

*Wm. B. Hornblower* for motion.

*Julius H. Seymour* opposed.

Motion granted and appeal dismissed, with costs. (*Croveno* v. *Atlantic Ave. R. R. Co.*, 150 N. Y. 225; *Niendorff* v. *Manhattan R. Co.*, 150 N. Y. 276.)